| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Nasus Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **A Cut Above 311** **A Cut Above Salon** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **61-1813022** | |
| **4.** | **Debtor's address** | **Principal place of business** **311 S. Wacker Dr.** **Chicago, IL 60606** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **acutabove311.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Nasus Inc.** _____ Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Nasus Inc.**                                                                                      Case number (*if known*)
       Name

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | | ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Nasus Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2018**
MM / DD / YYYY

X **/s/ William Angelopolous**               **William Angelopolous**
Signature of authorized representative of debtor       Printed name

Title    **Vice President**

**18. Signature of attorney**

X **/s/ DAVID L. KANE**                Date **July  9, 2018**
Signature of attorney for debtor              MM / DD / YYYY

**DAVID L. KANE**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**     Email address    **dkane@cranesimon.com**

**6277758 IL**
Bar number and State

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/9/2018
           MM / DD / YYYY

X _William Angelopolous_ (signed)
Signature of authorized representative of debtor

**William Angelopolous**
Printed name

Title  **Vice President**

**18. Signature of attorney**

X _____(signed)_____
Signature of attorney for debtor

Date 7/9/2018
     MM / DD / YYYY

**DAVID L. KANE**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777    Email address  dkane@cranesimon.com

**6277758 IL**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Nasus Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 9, 2018** | **/s/ DAVID L. KANE** |
| *Date* | **DAVID L. KANE** |
| | *Signature of Attorney* |
| | **Crane, Simon, Clar & Dan** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax: 312-641-7114** |
| | **dkane@cranesimon.com** |
| | *Name of law firm* |

LAW OFFICES

## CRANE, SIMON, CLAR & DAN

EUGENE CRANE
ARTHUR G. SIMON
SCOTT R. CLAR
JEFFREY C. DAN
DAVID L. KANE

135 S. LASALLE STREET
SUITE 3705
CHICAGO, ILLINOIS
60603-4297
TEL (312) 641-6777
FAX (312) 641-7114
WWW.CRANEHEYMAN.COM

JOHN H. REDFIELD, OF COUNSEL

GLENN R. HEYMAN (RETIRED)

June 12, 2018

**VIA EMAIL**
William Angelopoulos
Susan L. Angelopoulos
Nasus Inc. d/b/a A Cut Above 311
615 Cumnor Avenue
Glen Ellyn, IL 60137
b.angelos13@gmail.com

Re:   Chapter 7 Bankruptcy - Nasus Inc. d/b/a A Cut Above 311

Dear Bill and Susan:

This letter confirms the agreement reached with you concerning the retention of the law firm of Crane, Simon, Clar & Dan ("CSCD") for the filing of a Chapter 7 bankruptcy case on behalf of Nasus Inc. d/b/a A Cut Above 311 ("you" or the "Company"). After review of this letter, please sign on the signature line provided, acknowledging your understanding and acceptance of the terms of our retention, and return the original to our office. I will send Chapter 7 Schedules and Statement of Financial Affairs to be completed by you and sent back to our office once we have been fully retained.

The Company has agreed to pay CSCD the amount of $5,335.00 as a general advance payment retainer ("Retainer") which is intended to provide full compensation for all legal fees and the statutory filing fee associated with a typical Chapter 7 bankruptcy proceeding as described in more detail below. In consideration of the payment of this retainer, CSCD agrees to provide legal services on your behalf in connection with the matters upon which CSCD has been retained. You acknowledge that this retainer includes legal representation and the statutory filing fee for the ordinary matters associated with a typical Chapter 7 bankruptcy proceeding, such as preparation of the Chapter 7 Petition, Schedules and Statement of Financial Affairs, representation at the meeting of creditors, and consultation and advice regarding same.

It is understood that due to the nature of the representation CSCD is unwilling to represent the Company without the payment of such advance payment Retainer and that the decision to retain and pay the advance payment Retainer to CSCD was the Company's choice, after consideration

LAW OFFICES

# CRANE, SIMON, CLAR & DAN

June 12, 2018
William Angelopoulos
Susan L. Angelopoulos
Nasus Inc. d/b/a A Cut Above 311
Page -2-

of other options. The Company acknowledges that the specific purpose of such advance payment retainer is to assure the Company of legal representation. The Retainer does not include representation of the Company in matters such as adversary proceedings or non-general matters. If you require representation with respect to matters not included by this Retainer, you understand that you may retain CSCD or another firm in such other matters pursuant to a separate fee agreement.

By signing below, the Company understands and acknowledges that the Retainer is fully-earned upon receipt, is non-refundable, will not be held in the client trust account of CSCD, and will be treated as income by CSCD upon its receipt, whereupon it will be deposited into the general account of CSCD. This Retainer is the property of CSCD and you retain no legal or equitable interest in the Retainer.

Thank you for the opportunity to be of service to you. We look forward to a successful relationship. Should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, SIMON, CLAR & DAN

By: _____
David L. Kane

**AGREED, ACCEPTED AND UNDERSTOOD:**

NASUS INC. D/B/A A CUT ABOVE 311

By: _____
Susan L. Angelopoulos, President

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Nasus Inc.**    Case No.
Debtor(s)    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **16**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 9, 2018**    **/s/ William Angelopolous**
**William Angelopolous**/**Vice President**
Signer/Title

**United States Bankruptcy Court**
Northern District of Illinois

In re  **Nasus, Inc.** _____
                                    Debtor(s)

Case No. _____
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **16**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **7/9/2018**

_William Angelopolous_
William Angelopolous/Vice President
Signer/Title

311 S. Wacker Building, 1b2.Co
28315 Network Place
Chicago, IL 60673-1283

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn
Chicago, IL 60604

AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004

Kinetic Leasing
2575 41st Street South, Suite 1
Fargo, ND 58106-9785

City of Chicago
Dept. of Business Affairs
121 N. LaSalle, #805
Chicago, IL 60602

Peggy Angelopolous
1407 Oakton
Park Ridge, IL 60068

Coastal Kapital L.L.C.
5600 Eastwind Dr.
Sarasota, FL 34233

Phillip N. Coover
Clark Hill PLC
130 E. Randolph St., #3900
Chicago, IL 60601

ComEd
3 Lincoln Center
Attn: Claims Department
Oak Brook, IL 60181

Rex Electric & Technologies
200 W. Monroe St., #1700
Chicago, IL 60606

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Susan Angelopolous
615 Cumnor Avenue
Glen Ellyn, IL 60137

Gehrett Plumbing
4743 S. Knox
Chicago, IL 60632

Great Lakes Plumbing & Heating Co.
4521 W. Diversey
Chicago, IL 60639

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Nasus Inc.**
                                     Debtor(s)

Case No.
Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Nasus Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

7/9/2018
Date

DAVID L. KANE
Signature of Attorney or Litigant
Counsel for  **Nasus Inc.**
Crane, Simon, Clar & Dan
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
dkane@cranesimon.com